# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| AMMON SUMRALL, | } |
|     *Plaintiff-Appellant,* | } |
| | } |
| v. | }   Docket No. 23-11783 |
| | } |
| GEORGIA DEPARTMENT OF | } |
| CORRECTIONS, et al., | } |
|     *Defendants-Appellees.* | } |

## **UNOPPOSED MOTION TO STAY ISSUANCE OF OPINION**

### **CIP pursuant to 11th Cir. R. 26.1-1(a)(1)**

Counsel for Plaintiff-Appellant Ammon Sumrall certifies that the following persons and entities may have an interest in the outcome of this case:

- Ashley, Tonya, Appellee;

- Carr, Christopher M., Attorney General, Counsel for Appellees;

- Crowder, Kenneth, Trial Counsel for Appellees;

- Cusimano, Ellen, Assistant Attorney General, Counsel for Appellees;

- Dajci, Juli, Student Counsel for Appellant;

- Georgia Department of Corrections, Appellee;

- Hashimoto, Erica, Counsel for Appellant;

- Hyles, M. Stephen, United States Magistrate Judge;

- Lones, Laura, Senior Assistant Attorney General, Counsel for Appellees;

- Momodu, Alfred, Student Counsel for Appellant;

- Pinkston-Pope, Loretta L., Deputy Attorney General, Counsel for Appellees;

- Shell, Eva, Counsel for Appellant.

- Stewart, David, Trial Counsel for Appellees;

- Sumrall, Ammon, Appellant;

- Treadwell, Marc T., United States District Judge; and

- Warden of Wilcox State Prison.

Counsel for Plaintiff-Appellant Ammon Sumrall further certifies that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

## Motion

Appellant Ammon Sumrall respectfully asks this Court to stay the issuance of its opinion in this case until the Supreme Court has issued an opinion in *Landor v. Louisiana Dep't of Corr. & Pub. Safety, et al.*, No. 23-1197. The grounds for this motion are as follows:

1. In Mr. Sumrall's opening brief, he asked this Court to revisit its holding in *Smith v. Allen*, 502 F.3d 1255 (11th Cir. 2007), which currently precludes plaintiffs from suing government employees for damages under the Religious Land Use and Institutionalized Persons Act (RLUIPA). Opening Br. at 24-26. Mr. Sumrall noted that the appellant in *Landor v. Louisianna Dep't of Corr. & Pub. Safety*, 82 F.4th 337 (5th Cir. 2023), had filed a pending certiorari petition on this same issue. Opening Br. at 25 n.4.

2. On June 23, 2025, the Supreme Court granted Mr. Landor's petition. *See* Supreme Court Docket, Case No. 23-1197, https://www.supremecourt.gov/docket/docketfiles/html/public/23-1197.html. Before the Court granted the petition, the United States filed an amicus brief in which it agreed with Mr. Landor that suits against individuals for damages should be permitted

3

under RLUIPA. *See* Brief for the United States as Amicus Curiae, [https://www.supremecourt.gov/DocketPDF/23/23-1197/358297/20250507161234942_23-1197_cvsg_Landor_file.pdf](https://www.supremecourt.gov/DocketPDF/23/23-1197/358297/20250507161234942_23-1197_cvsg_Landor_file.pdf).

3. If the Supreme Court holds that RLUIPA claims against individuals for damages are allowed, then the district court's dismissal of Mr. Sumrall's RLUIPA claims against Warden Artis Singleton and Deputy Warden Tonya Ashley for denial of a religious diet should be reversed, and those claims should be remanded for trial. The district court dismissed Mr. Sumrall's individual RLUIPA damages claims at prescreening pursuant to the rule from *Smith v. Allen* that these types of suits are not allowed. Doc. 7 at 6 n.2.

4. This Court recently heard oral argument on Mr. Sumrall's remaining claims, and in his briefing Mr. Sumrall preserved his request for this Court to reverse the district court's dismissal of his RLUIPA damages claims. *See* Opening Br. at 24-26.

5. Undersigned counsel contacted counsel for Appellees, who does not object to this motion.

WHEREFORE, Mr. Sumrall respectfully requests that this Court grant the motion and stay the issuance of its opinion in this case until the Supreme Court has issued an opinion in *Landor v. Louisiana Dep't of Corr. & Pub. Safety, et al.*, No. 23-1197.

Respectfully submitted,

/s/  *Eva Shell*
Eva Shell
Supervising Attorney
Georgetown University Law Center
Appellate Litigation Program
600 New Jersey Ave., NW, Suite 306
Washington, DC 20001
(202) 662-9596
es1717@georgetown.edu

*Counsel for Plaintiff-Appellant*

Dated: June 30, 2025

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30 day of June, 2025, I electronically filed the foregoing Unopposed Motion to Stay Issuance of Opinion with the Clerk of Court using the CM/ECF System, which will send notice of such filing to counsel for the Appellees.

Respectfully submitted,

<u>/s/   *Eva Shell*</u>
Eva Shell
Supervising Attorney
Georgetown University Law Center
Appellate Litigation Program
600 New Jersey Ave., NW, Suite 306
Washington, DC 20001
(202) 662-9596
es1717@georgetown.edu

*Counsel for Plaintiff-Appellant*

# CERTIFICATE OF COMPLIANCE

Under Federal Rule of Appellate Procedure 32(g), this motion complies with the word limitation for motions prepared on a computer, set forth in Federal Rule of Appellate Procedure 27(d)(2)(A), because this motion is 375 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared using Microsoft Word in 14-point Century Schoolbook, which is a proportionally spaced typeface.

/s/ *Eva Shell*
Eva Shell
Supervising Attorney
Georgetown University Law Center
Appellate Litigation Program
600 New Jersey Ave., NW, Suite 306
Washington, DC 20001
(202) 662-9596
es1717@georgetown.edu

*Counsel for Plaintiff-Appellant*